## MOTION DOCKET

**96–535.  Levengood v. Transfuel, Inc.**
Tuscarawas App. No. 95AP060049.  On motion for leave to file response to appellant's objection to attorney fees.  Motion granted.

  Cook, J., dissents.

**96–1941.  State ex rel. McGowan v. Cuyahoga Metro. Hous. Auth.**
In Mandamus.  On motion to dismiss.  *Sua sponte,* alternative writ granted.

**96–1991.  State ex rel. World Stamping & Mfg. Co. v. Indus. Comm.**
In Mandamus.  On answer of respondent Industrial Commission, motion for judgment on pleadings of Industrial Commission, answer of respondent Jon Suech, and motion for issuance of peremptory or alternative writ.  *Sua sponte,* alternative writ granted.

**96–1997.  State ex rel. Rea v. Ohio Dept. of Edn.**
In Mandamus.  On answer of respondent Ohio Department of Education and on answer of respondent Ohio State University.  *Sua sponte,* alternative writ granted.

**96–2244.  State v. Walton.**
Clermont App. No. CA91–03–022.  On motion for leave to file delayed appeal.  Motion denied.

**96–2255.  State v. Bowlin.**
Montgomery App. No. 14174.  On motion for leave to file delayed appeal.  Motion denied.

**96–2259.  State v. Estes.**
Montgomery App. No. 15419.  On motion for leave to file delayed appeal.  Motion denied.

  Resnick and Pfeifer, JJ., dissent.

**96–2390.  State v. Colvin.**
Richland App. No. 95CA76.  On motion to expedite on calendar.  Motion denied.

  Moyer, C.J., dissents.